**David L. PEZZULLO**

v.

**Corinne P. GRANDE.**

No. 79-13-A.

Supreme Court of Rhode Island.

March 13, 1980.

Aram K. Berberian, Warwick, for plaintiff.

190

Dennis J. Roberts II, Atty. Gen., Harold E. Krause, Jr., Spec. Asst. Atty. Gen., for defendant.

### ORDER

This case is assigned to the April, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why his appeal should not be dismissed as moot.